(No. 74-CC-55—Claimant 

JOHN F. FLYNN, JR., M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 15, 1973.*

JOHN F. FLYNN, JR., M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-78—Claimant 

THOMAS KOVACHEVICH, D.O., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 15, 1973.*

THOMAS KOVACHEVICH, D.O., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-79—Claimant 

GEORGE T. CALEEL, D.O., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 15, 1973.*

GEORGE T. CALEEL, D.O., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

94

PER CURIAM.

(No. 74-CC-80—Claimant )

GEORGE T. CALEEL, D.O., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 15, 1973.*

GEORGE T. CALEEL, D.O., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-81—Claimant )

GEORGE T. CALEEL, D.O., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed October 15, 1973.*

GEORGE T. CALEEL, D.O., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.